**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 25CR0348-BAS |
| --- | --- |
| Plaintiff, | 25MJ0406 |
| v. | **INFORMATION** |
| ALEXANDER PEREZ PEREZ, | Title 8, U.S.C., Sec. 1325(a)(1)- Attempted Improper Entry by an Alien (Misdemeanor); Title 8, U.S.C., Sec. 1326(a) - Attempted Reentry of Removed Alien (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about January 27, 2025, within the Southern District of California, defendant ALEXANDER PEREZ PEREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense; all in violation of Title 8, United States Code, Section 1325(a)(1), a misdemeanor.

//

//

BPB:lml:2/2/2025

Count 2

On or about January 27, 2025, within the Southern District of California, defendant ALEXANDER PEREZ PEREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense; all in violation of Title 8, United States Code, Section 1326(a).

DATED: 2/5/25 .

TARA K. McGRATH
United States Attorney

*Brendan Barber*

BRENDAN BARBER
Assistant U.S. Attorney